Opinion issued September 20, 2007










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00559-CV

____________


THE CITY OF HOUSTON, Appellant


V.


UNITED WATER SERVICES, INC., Appellee






On Appeal from the 280th District Court

Harris County, Texas

Trial Court Cause No. 2001-60189






MEMORANDUM OPINION

 The parties have filed a joint motion to dismiss the appeal in the above-referenced cause. No opinion has yet issued. Accordingly, the motion is granted, and
the appeal is dismissed. See Tex. R. App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. See Tex. R. App.
P. 18.1.

PER CURIAM

Panel consists of Justices Taft, Hanks, and Higley.